UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANELYS HERNANDEZ, *on behalf of herself and all others similarly situated*,

                Plaintiff,

– *against* –

MISS CIRCLE, LLC,

                Defendant.

**ORDER**

23-cv-02516 (ER)

---

Ramos, D.J.:

    Janelys Hernandez brought this action against Miss Circle, LLC, on March 24, 2023. Doc. 1. An electronic summons was issued on March 27, 2023. Doc. 4. Since then, there has been no activity in this case.

    Hernandez is instructed to submit a status letter by no later than December 5, 2023. Failure to do so may result in dismissal of the case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Additionally, Hernandez is reminded that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*mus*t dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

    It is SO ORDERED.

Dated:    November 21, 2023
             New York, New York

                                                          Edgardo Ramos, U.S.D.J.